COURTNEY M. MABEE et al., Appellants, *v.* WHITE PLAINS PUBLISHING COMPANY, INC., Respondent.

Submitted March 5, 1945; decided March 8, 1945.

MOTION by appellants for reargument denied. Motion by appellants to amend the remittitur granted. Return of remittitur requested and when returned it will be amended by adding thereto the following: Upon this appeal there was presented and necessarily passed upon the question whether the respondent was engaged in interstate commerce or in the production of goods for interstate commerce within the meaning of the Fair Labor Standards Act of 1938. This court held that the respondent was not engaged in interstate commerce or in the production of goods for interstate commerce within the meaning of the Fair Labor Standards Act of 1938. [See 293 N. Y. 781.]

GRAYBAR ELECTRIC COMPANY, INC., Respondent, *v.* NEW AMSTERDAM CASUALTY COMPANY, Appellant.

Submitted March 5, 1945; decided March 8, 1945.

MOTION by appellant to amend remittitur granted. Return of remittitur requested and when returned it will be amended so as to provide that the motion of defendant be granted on the merits and that final judgment on the merits be entered in favor of defendant and against plaintiff. [See 292 N. Y. 246.]